BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $30,020.00<br>IN U.S. CURRENCY, and<br><br>A $20,000.00 CASHIER'S CHECK,<br><br>    Defendant. | 2:13-MC-00012-GEB-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO ("claimants"), by and through their respective attorneys, as follows:

1. In fall 2012, claimants filed a claim, in administrative forfeiture proceedings instituted by the Drug Enforcement Administration with respect to the approximately $30,020.00 in U.S. Currency and  $20,000.00 Cashier's Check (hereafter the "defendant funds"), which were seized on or about June 13, 2012.  There is a dispute as to the date on which Claimants filed their administrative claims and the date within which the United States was obliged to file its Complaint for Forfeiture.  Claimants have filed a motion for return of property regarding these issues.  *See E.D. Cal. Case No.*

1    *2:12-SW-00303-DAD Document 8, filed 12/19/12.*   That matter is pending before this

2    Court.

3        2.  The Drug Enforcement Administration has sent the written notice of intent to

4    forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time

5    has expired for any person to file a claim to the defendant funds under 18 U.S.C. §

6    983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant

7    funds as required by law in the administrative forfeiture proceeding.

8        3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

9    complaint for forfeiture against the defendant funds and/or to obtain an indictment

10   alleging that the defendant funds are subject to forfeiture within 90 days after a claim

11   has been filed in the administrative forfeiture proceedings, unless the court extends the

12   deadline for good cause shown or by agreement of the parties.  That deadline is

13   currently February 15, 2013.

14       4.  The parties hereby agree that, by stipulating to this extension of time to April

15   9, 2013 for the United States to file their complaint for forfeiture based on the

16   government's computation of the present deadline of February 15, 2013, Claimants do

17   not waive any of the rights they have asserted in their motion for return of property

18   including the dates in which the parties were obliged to perform any act related to this

19   matter.

20       5.  Accordingly, and subject to the above, the parties agree that the deadline by

21   which the United States shall be required to file a complaint for forfeiture against the

22   defendant funds and/or to obtain an indictment alleging that the defendant funds are

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    subject to forfeiture shall be extended to April 9, 2013.

2

3

4    Dated: 2/8/13                          BENJAMIN B. WAGNER
                                            United States Attorney
5

6                                      By: /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
7                                          Assistant U.S. Attorney

8

9    Dated: 2/8/13                          /s/ David M. Michael
                                            DAVID M. MICHAEL
10                                          Attorney for Claimants Nicholas Jason Street,
                                            Nancy Sopeany Pheng Street and SANSCO
11                                          (Authorized by email)

12

13       **IT IS SO ORDERED.**

14   Dated:  February 12, 2013

15

16   _____
     GARLAND E. BURRELL, JR.
17   Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                    3              Stipulation and Order to Extend Time