BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00012-GEB-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $30,020.00 IN U.S. CURRENCY, and | |
| A $20,000.00 CASHIER'S CHECK, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO ("claimants"), by and through their respective attorneys, as follows:

1. In fall 2012, claimants filed a claim, in administrative forfeiture proceedings instituted by the Drug Enforcement Administration with respect to the approximately $30,020.00 in U.S. Currency and $20,000.00 Cashier's Check (hereafter the "defendant funds"), which were seized on or about June 13, 2012.  There is a dispute as to the date on which Claimants filed their administrative claims and the date within which the United States was obliged to file its Complaint for Forfeiture.  Claimants have filed a motion for return of property regarding these issues. *See E.D. Cal. Case No.*

1                                            Stipulation and Order to Extend Time

*2:12-SW-00303-DAD Document 8, filed 12/19/12.* That matter is pending before this Court.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 15, 2013.

4. The parties agreed that, by stipulating to the extension of time to April 9, 2013 for the United States to file their complaint for forfeiture based on the government's computation of the deadline of February 15, 2013, Claimants did not waive any of the rights they have asserted in their motion for return of property including the dates in which the parties were obliged to perform any act related to this matter.

5. By Stipulation and Order filed February 12, 2013, the parties stipulated to extend to April 9, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed April 4, 2013, the parties stipulated to extend to June 10, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to

further extend to August 9, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. Accordingly, and subject to the above, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to August 9, 2013.

Dated: 6/5/13                          BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney

Dated: 6/6/13                          /s/ David M. Michael
                                       DAVID M. MICHAEL
                                       Attorney for Claimants Nicholas Jason Street,
                                       Nancy Sopeany Pheng Street and SANSCO

                                       (Authorized by phone)

**IT IS SO ORDERED.**

Dated: June 10, 2013

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       Senior United States District Judge